UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 18-CR-390-04 (PAE) |
| AARON CARTER, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Aaron Carter, with

attachments. The Court understands Mr. Carter to be seeking compassionate release in light of

the COVID-19 pandemic. The Court directs counsel for Mr. Carter to submit a letter

memorandum in support of this application, due Thursday, June 4, 2020, and directs the

Government to respond by Tuesday, June 9, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 2, 2020
       New York, New York

Case number 18-CR-390 04 (PAL)

5/13/20

Dear Judge Engelmayer,
                                    I hope when you
recieve this letter you and your family are
in the best of health, despite these unfortu-
nate circumstances going on right now.
And these unfortunate circumstances is
exactly the reason why I'm writing you
today. Fort Dix which is currently the
institution I'm held at has reported 31 cases
of Covin-19 currently. Even though they are
no reported cases from the low compound
where I reside, all of the cases are from
next door at the camp. Due to they're not
having adeqate housing on the camp to
Quarntine the sick inmate's, they are
housing them on the low compound and
that building is located precisely 50 ft
across from the building I'm being
housed at which is the RDAP building.
we have officers that do rounds and
count prisoners in the quarantined build-
ing that come into our building right
after and count us. Since accepting
responsibility for my role in my case on
3/29/19, I've been involved in numerous
programs. One of the programs, I am
currently in is the RDAP program. We
look at it as being in a community in
the program and in that community I'm
currently a mentor. Being a mentor I'm in
place to guide other inmate's who are
in phases lower than the one I'm in.

Due to the fact of everything being shut down in the prison, I'm not able to take the G.E.D. test but I was enrolled in the classes and was scheduled to take the test. Judge Engelmayer I worry about my well being and the well being of my family as well. Over the past month I've lost a few family member and close friend's due to Covin-19. I have a grand child that I have not seen and four kid's that contact have been limited due to restrictions placed at the prison because of Covin-19. My mother is a diabetic and suffer from high blood pressure. My step father also has high blood pressure and I can be a big help to them with taking care of everyday responsibilites to help them avoid a risk of contracting Covin-19. I have employement waiting for me when I'm released. I know I was sentenced to 84 months and I've been incarcerated for only 24 but I humbly ask that you me a chance to help my family and prove that I can be a productive citizen. Every day I'm learning more about myself from the RDAP program and it's a proven fact that those that ~~take~~ the program have a less recidivism rate than those that dont. if you were to consider and grant me compassionate release or a reduction in sentence I will continue my progress

I'm making by attending AA/NA meet-ings and furnish updates on My PROGRESS so you would see this wasn't done in vain. Thank you your honor for taking the time out to read My letter. And like I said I hope you and your family are in the best of health during these trying times.

SincerelY

Aaron Carter

50001-054



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
P.O. Box 38
Fort Dix, New Jersey 08640

May 12, 2020

From:    D. Curry, Psy.D., DAP Coordinator

Re:      The Federal Bureau of Prisons Residential Drug Abuse
         Program

The Residential Drug Abuse Program (RDAP) is the Bureau of
Prisons' most intensive substance abuse treatment programs.  It
follows the CBT model of treatment wrapped into a modified
therapeutic community model in which inmates learn what it is
like living in a pro-social community. Inmates live in a unit
separate from general population, participate in half-day
programming and half-day work, school, or vocational activities.
RDAP is typically nine months in duration but can extend longer
based on the needs of the inmate and/or therapeutic community.
The Bureau and National Institute on Drug Abuse combined funding
and expertise to conduct a rigorous analysis of the Bureau's
RDAP. Research findings demonstrated that RDAP participants are
significantly less likely to recidivate and less likely to
relapse to drug use than non-participants. The studies also
suggest that the Bureau's RDAPs make a significant difference in
the lives of inmates following their release from custody and
return to the community.

Following completion of the residential portion of treatment,
RDAP participants complete six months in Transitional Drug Abuse
Treatment (TDAT) to complete the entirety of the program.  That
time in the half-way house or home confinement helps to bridge
that critical reintegration period back into society.  This part
of treatment is essential to help reinforce long lasting and
gives the offender the opportunity maintain ties to treatment
while making the sometimes difficult re-entry into society.

Mr. Aaron Carter is scheduled to complete the residential
portion of RDAP here at FCI Fort Dix, NJ on August 14, 2020.
While in treatment, he has done well earning the confidence of
staff, as well as his peers. He demonstrated early in treatment

that he is invested in achieving change for himself, and that he is committed to the treatment process.

Now, as a senior member of the RDAP community, Mr. Carter serves in the role of Mentor and Big Brother to his junior peers. Outside of active programming hours, Mr. Carter maintains visibility, and remains invested in both his and his peers' treatment. He has been observed encouraging peers to engage prosocially, offering guidance to junior peers, and he has been a large help to staff by performing various duties around the housing unit. Mr. Carter consistently presents with a positive attitude, and has been an influential and active member within the community throughout the duration of his time housed in the RDAP unit.

Please do not hesitate to contact me if you require further information regarding the RDAP. I may be reached at 609-723-1100, ext. 6869.


Sincerely,

D. Curry, Psy.D.

Residential Drug Abuse Program Coordinator

**Carter, Aaron**
Register Number: 50001-054
Unit 5852 (S)

INMATE REQUEST TO STAFF RESPONSE

This is in response to your request for consideration for
Compassionate Release/Reduction in Sentence (RIS) in accordance
with Program Statement 5050.50.

In accordance with Program Statement 5050.50, Compassionate
Release/Reduction in Sentence, Procedures for Implementation, 18
U.S.C. §3582(c)(1)(A) and 4205 (g), an inmate may initiate a
request for consideration only when there are particularly
extraordinary or compelling circumstances which could not
reasonably have been foreseen by the court at the time of
sentencing.

A review of your case reveals you requested a Compassionate
Release/RIS consideration.  Each category has specific
eligibility requirements that must be met in order to qualify
for Compassionate Release/RIS.  In order for your request to be
properly assessed, you must indicate which category you wished
to be considered under as you can only submit one request at a
time.  You must indicate which category under sections 3, 4, 5
or 6 of the Program Statement. If you still wish to be
considered for Compassionate Release/RIS please re-submit your
request with the one specific category.

If you are dissatisfied with this response, you may appeal the
decision through the Administrative Remedy process.


4-27-2020
Date

M. Bridges
Executive Assistant

Name: Carter, Aaron

Reg. No.:  50001-054

The Unit Team has received your Request for Release to Home
Confinement.  Please be advised the Unit Team has reviewed your
case and found you ineligible for Direct Home Confinement
placement.

Signature Staff Member:                    Date:

                                           04-16-2020

# Certificate of Completion

*Federal Bureau of Prisons*

*F.C.I. Fort Dix, NJ*

This certifies that

Mr. Aaron Carter 50001-054

has successfully completed the

Drug Abuse Education Group

this 18th day of June, 2019

The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.

DTS