# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

June 11, 2020

Hon. Paul A. Engelmayer
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Aaron Carter**
      **18 CR. 390 (PAE)**

Dear Judge Engelmayer:

On June 2, 2020 Your Honor directed counsel to submit an application for compassionate release as a follow up to a letter and attachments that the defendant submitted to the Court on his own behalf. Together with associate counsel Clara Kalhous, Esq. letter memoranda were submitted in support of Mr Carter's request for compassionate relief. Today, June 11, 2020, Your Honor issued a decision denying Mr. Carter's application.

I write to respectfully request an order appointing me and Ms. Kalhous as associate counsel ( at her rate of $95.00 per hour) pursuant to the Criminal Justice Act *nunc pro tunc* to June 2, 2020 for the services that we have performed with regard to our former CJA client's pursuit of judicial compassionate release relief.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

cc.: All parties by ECF

**GRANTED.**
**6/12/2020**
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge