# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

December 31, 2020

Hon. Paul A. Engelmayer  
United States District Court Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

      Re:  **United States v. Aaron Carter**  
         **18 CR. 390 (PAE)**

Dear Judge Engelmayer:

  On November 20, 2020 Your Honor directed counsel to submit supplemental papers in support of defendant's pro se application for renewed compassionate release relief following the Court's denial of his original petition for such relief. Your Honor had approved attorney Clara Kalhous as associate attorney to assist me on the original application. Ms. Kalhous, who was also associate counsel at the trial level of the case up to and including sentencing, again assisted me on the supplement to Mr. Carter's renewed application.

  In order to properly submit a supplemental e-voucher for the services performed by Ms. Kalhous as well as myself the CJA office has requested that I obtain an order from the Court appointing us both for the November 20, 2020 assignment *nunc pro tunc* to that date.

  Thank you once again for your consideration and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg  
217 Broadway, Suite 707  
New York, New York 10007  
(917) 576-1446  
richrosenberg@msn.com

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 525.

SO ORDERED.     1/4/2021

*Paul A. Engelmayer*  
PAUL A. ENGELMAYER  
United States District Judge

cc.: All parties by ECF