UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

Aaron Carter,

Defendant.

18-CR-390 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Aaron Carter, whose compassionate release motions the Court has previously denied, reporting that he has contracted COVID, and describing the quality of medical care as inadequate. The Court asks Mr. Carter's most recent counsel, Richard Rosenberg, Esq., to investigate and assist him, to the extent possible, in getting suitable care for his condition. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Carter.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: February 19, 2021
New York, New York

18-CR-390-04
D&F

Mr. Aaron Carter
Reg. No. 50001-054
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

Date: ,2021:

Honor.Paul Engelmayer
United States District Judge
40 Foley Square
New York, NY 10007

In re: **United States v. Aaron Carter,**
Crim. No. 18-cr-390-04(PAE)

Dear Honorable Judge Engelmayer,

I'm the above defendant in the above criminal matter, and my letter at this time are due to new and serious development as to my motion for compassionate release, I humbly apologizes to this Court for urgency substance for my burdening this Court.

But I must bring to this Court's knowledge that as recently as January 2,2021, I contracted the COVID-19 virus, sadly to say the Health Care provider(s) here are gross negligent and incompetent in their intends as to the COVID-19 pandemic.

And I truly humble myself with the above statement of facts, and I asks this Court please excuse me letter, as I attempt to appropriately constructive this letter, because I am enduring so much pain, my health conditions is that serious, and there is no vaccine, or anti-viral medication available for me. I'm being told by the medical staff that there is nothing they do to treat my conditions, other then to report my suffering as I complains, I am lock in on the third floor of the assigned housing unit#5852, where the medical staff visits once a day, I has repeatly informed them that I'm having breathing difficult, back pains, unable to smell or taste anything, my head and other parts of body are hurting me so badly, only to be ignored, or told its nothing they could do, the correctional staff only comes at count time or to drop off meals, there is no medical staff at night and so many inmates are falling out, I myself was rushed to the medical department on Jan.3,2021.

I understand with there being 13 of 14 inmates living quarters ("housing units") having infected coronavirus inmates in the prison complex, a long with the camp inmates being infected with COVID-19, that there isn't enough medical staff members ..Because must of the staff here at FCI Fort Dix are infected with COVID-19, but the negligent occurs in the Health Care Head provider a Dr. Turner-Froster, who had constantly allowed for infected inmates to be discharged from medical staff care, and place in non-infected inmates living quarters...I shouldn't have to die,because of others inexperience or incompetent, nor should I be require to endure suffering thats abridges such constitutional rights, by the warden,"or medical staff's neglects! Please note there are 143 inmates infected in my assigned living quarters with COVID-19 virus at present.

cc:file

Respectfully Submitted.

Aaron Carter

# CERTIFICATE OF SERVICE

I **HEREBY CERTIFY**, that on this 14 day of the month of JANUARY, 2021, by copy of the foregoing Defendant Aaron Carter's letter concerning his testing positive with COVID-19 virus, and no medical care or treatment available to him, was mailed prepaid to the following: Office of the Court's clerk.

Respectfully Submitted.

[signature]

Aaron Carter
Reg. No. 50001-054
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

cc:file



Aaron Carter #50001-054
F. C. I.
P.O. BOX 2000
Fort Dix New Jersey 08640

TRENTON NJ 085
15 JAN 2021 PM 3 L



USDC SDNY

Honor. Paul Engelmayer
United State's District Judge
40 Foley Square 1305
New York New York 10007

10007-150299